IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest to National City Bank, successor in interest to Mid America Bank, FSB, successor in interest to EFS Bank,<br><br>          Plaintiff,<br><br>      v.<br><br>The Leroy A. Fitzsimmons Trust No.1 dated August 17, 1999; Leroy A. Fitzsimmons; Karen A. Fitzsimmons; Sandro Rodriguez; Jessica Hansen a/k/a Jessica N. Hansen; Sanjuana Soto; and Jose Gonzalez,<br><br>          Defendants. | Case No. 1:12 cv 06668<br><br>Assigned Judge: Rebecca R. Pallmeyer<br><br>Magistrate Judge: Jeffrey T. Gilbert |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest to National City Bank, successor in interest to Mid America Bank, FSB, successor in interest to EFS Bank, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

 The Leroy A. Fitzsimmons Trust No. 1 dated August 17, 1999;

 Leroy A. Fitzsimmons;

 Karen A. Fitzsimmons;

 Sandro Rodriguez;

 Jessica Hansen a/k/a Jessica N. Hansen

 Sanjuana Soto; and

 Jose Gonzalez

and as grounds thereof state:

 As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "A", and from the pleadings and admissions on file, there is no

genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                        PNC Bank, National Association, successor in interest to National City Bank, successor in interest to Mid America Bank, FSB, successor in interest to EFS Bank

                                        By:  /s/Matthew L. Hendricksen
                                                One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Matthew L. Hendricksen (ARDC#6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
mhendricksen@crowleylamb.com