IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest to National City Bank, successor in interest to Mid America Bank, FSB, successor in interest to EFS Bank,<br><br>                                Plaintiff,<br><br>           v.<br><br>The Leroy A. Fitzsimmons Trust No.1 dated August 17, 1999; Leroy A. Fitzsimmons; Karen A. Fitzsimmons; Sandro Rodriguez; Jessica Hansen a/k/a Jessica N. Hansen; Sanjuana Soto; and Jose Gonzalez,<br><br>                           Defendants. | Case No.  1:12 cv 06668<br><br>Assigned Judge: Rebecca R. Pallmeyer<br><br>Magistrate Judge: Jeffrey T. Gilbert |

## AMENDED MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest to National City Bank, successor in interest to Mid America Bank, FSB, successor in interest to EFS Bank, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

The Leroy A. Fitzsimmons Trust No. 1 dated August 17, 1999;

Leroy A. Fitzsimmons;

Karen A. Fitzsimmons;

Sandro Rodriguez;

Jessica Hansen a/k/a Jessica N. Hansen

Sanjuana Soto; and

Jose Gonzalez

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "A", and from the pleadings and admissions on file, there is no

genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law. This motion was amended solely to include a portion of the loan history which was inadvertently omitted from the November 14, 2012 motion for judgment.

PNC Bank, National Association, successor in interest to National City Bank, successor in interest to Mid America Bank, FSB, successor in interest to EFS Bank

By:   /s/Matthew L. Hendricksen
One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Matthew L. Hendricksen (ARDC#6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
mhendricksen@crowleylamb.com